IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES,              *
                            *
        v.                  *      CR 113-010
                            *
DENTAVIA MCNAIR,            *
                            *
        Defendant.          *
```

## O R D E R

Before the Court is Defendant's motion for reconsideration of his habeas petition (doc. 568) and motion to relabel his motion for reconsideration (doc. 570). Because these motions pertain to Defendant's habeas case, the Court **DIRECTS** the Clerk to also **DOCKET** documents 568, 569, 570, and 571 in Defendant's first habeas case (1:14-cv-214).

**ORDER ENTERED** at Augusta, Georgia, this 9th day of April, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA