IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-010-4 |
| | * | |
| DENTAVIA MCNAIR | * | |

O R D E R

Defendant Dentavia McNair has filed a motion to reduce his sentence based upon Amendment 821 to the United States Sentencing Guidelines. A district court may modify a sentence once it has been imposed if the sentence was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Section 3582(c)(2), in turn, is triggered by an amendment listed in U.S.S.G. § 1B1.10(c). While Amendment 821 is a listed amendment, § 1B1.10 authorizes a reduction only upon a term of imprisonment imposed as part of the original sentence. See U.S.S.G. § 1B1.10, Application Note 8(A) ("This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release.").

In this case, Defendant is serving a term of imprisonment as a result of a revocation of supervised release. Thus, he is not eligible for a reduction of sentence based upon Amendment 821. Defendant McNair's motion to reduce sentence (doc. 698) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this ___19th___ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA